UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BLEDSOE, | No. 2:20-cv-01654-KJM-KJN PS |
| Plaintiff, | ORDER |
| v. | (ECF No. 3.) |
| CITY OF STOCKTON POLICE DEPT, et al., | |
| Defendants. | |

On September 1, 2020, the magistrate judge filed findings and recommendations (ECF No. 3), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On September 10, 2020, plaintiff filed objections to the findings and recommendations (ECF No. 4), which this court has considered.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. To the extent plaintiff's objections seek removal of the assigned magistrate judge from this case, there is no basis for granting this request. To the extent plaintiff wants a prosecutor to review his case and determine whether it supports the bringing of criminal charges, nothing in this order prevents

1

plaintiff from approaching a prosecutor to seek such a review. Given that the court is adopting the findings and recommendations, plaintiff's motion to appoint counsel (ECF No. 5) is mooted.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 3) are ADOPTED IN FULL;
2. Plaintiff's complaint is DISMISSED WITH PREJUDICE;
3. Plaintiff's motion for appointment of counsel (ECF No. 5) is DENIED AS MOOT; and
4. The Clerk of the Court is directed to CLOSE this case.

DATED: September 30, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE